| | | |
|---|---|---|
| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>Horiguchi Building, Rm.4D<br>P.O. Box 502089 CK<br>Saipan, MP 96950<br>Tel: (670) 236-2990<br>Fax: (670) 236-2992 |



**DELA CRUZ, Jose M.**
USDC Cr. Cs. 02-00027-002
SSN: XXX-XX-7697
DOB: XX-XX-1960
Height: 5'8"
Weight: 130 lbs.

DATE  **December 8, 2006**

F I L E D
Clerk
District Court

DEC - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    **Honolulu, Hawaii (via Tokyo, Japan)**

LEAVING    **December 16, 2006**    AND RETURNING    **December 31, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Attend daughter's graduation at University of Hawaii.**

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of supervised release while in Hawaii.**
2. **You shall call your probation officer or have someone call your probation officer as soon as you are aware of the length of your stay in Honolulu.**
3. **You shall call your probation officer if you change accommodation/location.**
4. **You shall call your probation officer within 24 hours upon your return to Saipan.**

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME    Richard W. Crawford, Chief
ADDRESS    C110 Pince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001
Tel. (808) 541-1283
Fax (808) 541-1345

Margarita DLG. Wonenberg
UNITED STATES PROBATION OFFICER

☒ APPROVED    ☐ DISAPPROVED

Honorable Alex R. Munson
Chief U.S. District Court Judge
District of the Northern Mariana Islands

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>               Plaintiff, )<br>)<br>vs. )<br>)<br>JOSE MUNA DELA CRUZ )<br>               Defendant. )<br>_____ ) | CRIMINAL CASE NO. 02-00027-002<br><br>**REQUEST TO TRAVEL** |

     Jose Muna Dela Cruz was sentenced on October 7, 2003 for the offense of Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 371, 1343 and 1346. He was sentenced to 24 months imprisonment followed by three years supervised release. Conditions of supervised release include that he: not commit another federal, state, or local crime; comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not possess a firearm or other dangerous weapon or have such at his residence; not use or possess illegal controlled substances and submit to one urinalysis within 15 days of release and two thereafter; refrain from excessive use of any and all alcoholic beverages and submit to random alcohol testing; obtain and maintain gainful employment; perform 200 hours of community service; pay restitution joint and several with Ricardo Atalig and Marjorie Dela Cruz, in the amount of $39,663.70. He was also ordered to pay a fine of $500 and special assessment fee of $100. Mr. Dela Cruz has been on supervised release since August 16, 2005.

     Mr. Dela Cruz is requesting the Court's permission to travel to Hawaii to see his daughter, Joanna Dela Cruz, graduate from the University of Hawaii at Manoa. He is requesting to travel from December 16, 2006 to December 31, 2006 when he is expected to return to Saipan, Commonwealth Northern Mariana Islands. The trip is being financed by his daughter.

     Mr. Dela Cruz is in full compliance with the conditions of his supervised release. He paid his special assessment fee on October 7, 2003, and completed 200 hours of community service at the Department of Lands and Natural Resources in Tinian on December 17, 2005. On August 8, 2005, he obtained employment with the FPA Auto Parts Store in Tinian where he is gainfully employed as store manager. Mr. Dela Cruz is in compliance with his scheduled monthly payments toward his restitution. Furthermore, he consistently tested negative for any alcohol as monitored by this officer during scheduled and random visits to Tinian.

Request for Travel
Re: DELA CRUZ, Jose Muna
USDC Cr. Cs. No. 02-00027-002
December 7, 2006
Page 3

In light of Mr. Dela Cruz's current compliance status with his supervised release conditions, PU Officer supports the request to travel and seeks Court approval.

                                      Respectfully Submitted,

                                      FRANK MICHAEL CRUZ
                                      Chief U.S. Probation Officer

By: _____
                                      MARGARITA DLG WONENBERG
                                      U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VH LAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader